**FINAL REPORT[1]**

**REVISION OF THE COMMENT TO RULE OF EVIDENCE 605**

On January 8, 2014, the Court rescinded the then-existing provisions of the Code of Judicial Conduct effective July 1, 2014, and adopted new Canons 1 through 4 of the Code of Judicial Conduct of 2014, also effective July 1, 2014. *See* 44 Pa.B. 455 (January 25, 2014). At the direction of the Court, the Committee on Rules of Evidence identified and updated references to the Code of Judicial Conduct and Rules Governing Standards of Conduct of Magisterial District Judges in the Comment to Rule 605.

---

[1] The Committee's Final Report should not be confused with the official Committee *Comments* to the rules. Also note that the Supreme Court does not adopt the Committee's *Comments* or the contents of the Committee's explanatory Final Reports.